## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gary Ball,<br><br>  Plaintiff,<br>v.<br><br>Nationwide Credit Corporation, and DOES 1-10, inclusive,<br><br>  Defendants. | Civil Action No.: 1:10-cv-10342-DPW |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AGAINST NATIONWIDE CREDIT CORPORATION PURSUANT TO RULE 41(a)

Plaintiff, Gary Ball, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 24, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq. (Bar No. 650671)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system:

                                              By:  /s/ Sergei Lemberg
                                                    Sergei Lemberg, Esq.